Hillsborough
No. 82-230

PETER ROBICHAUD

v.

NELSON MACASKILL, SUPERINTENDENT,
HILLSBOROUGH COUNTY JAIL

February 18, 1983

*Joanne S. Green,* of Concord, by brief for the plaintiff.

*Gregory H. Smith,* attorney general (*Peter W. Mosseau,* assistant attorney general, on the brief), by brief for the State.

### MEMORANDUM OPINION

The plaintiff was arrested by the Hillsborough County Sheriff's Department on a Governor's warrant for extradition to the State of Florida on a drug charge. *See* RSA ch. 612. He challenged the attempted extradition by way of a habeas corpus petition. *See Reeves v. Cox,* 118 N.H. 271, 274, 385 A.2d 847, 850 (1978); RSA 612:10. At the hearing before the Superior Court (*Pappagianis,* J.), the officer who had seized thirty-three grams of cocaine from the plaintiff at the Palm Beach airport testified and identified the plaintiff. We find the evidence to have been sufficient for the court to conclude that the plaintiff was in fact the person sought, and therefore the writ was properly denied.

*Affirmed.*